**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00160-CV**
_____

**IN RE CURTIS L. ADAMS**

**Original Proceeding**
**435th District Court of Montgomery County, Texas**
**Trial Cause No. 01-10-06658-CV**

**MEMORANDUM OPINION**

Curtis L. Adams filed a petition that he calls a bill of review of his commitment as a sexually violent predator. We lack original jurisdiction to consider a bill of review that is not necessary to enforce this Court's jurisdiction. *See generally* Tex. Gov't Code Ann. § 22.221 (describing the writ power of Courts of Appeals). Accordingly, we dismiss the petition.

PETITION DISMISSED.

PER CURIAM

Submitted on June 21, 2023
Opinion Delivered June 22, 2023

Before Golemon, C.J., Horton and Johnson, JJ.

1